**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEN OKAZAKI, Trustee of the Mitzi Okazaki Living Trust, dated April 4, 1996; and Does 1-10,<br><br>　　　　Defendants. | Case No.: CV 21-5298-GW-RAOx<br><br>*Hon. George H. Wu*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:　June 30, 2021<br>Trial Date:　　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Eric Cleveland's action against Defendant Ken Okazaki, Trustee of the Mitzi Okazaki Living Trust, dated April 4, 1996 is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: November 4, 2021

Hon. George H. Wu
United States District Judge